UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER: |
| | ) | |
| JAMES P. LeDONNE | ) | 3:14CR055 |

### ORDER

The United States of America by David Capp, United States Attorney for the Northern District of Indiana, having moved this Court for an order SEALING this case until the defendant's arrest.

IT IS HEREBY ORDERED that said Motion is GRANTED and the Clerk is directed to seal this case until the defendant's arrest.

Dated:_____.

S/Christopher A. Nuechterlein
_____
Magistrate Judge
United States District Court