UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Cause No.  3:14 CR 00055 |
| ) | |
| **JAMES LEDONNE** ) | |

### MOTION TO WITHDRAW APPEARANCE

Comes now defense counsel, Kevin Milner, and hereby moves this Honorable Court, pursuant to N.D. Ind. L. R. 83-8(c), to allow him to withdraw his appearance. In support of the motion, defense counsel states as follows:

**1. Defense counsel was retained on May 22, 2014 to represent the defendant. On this same date, the detention hearing was held in front of the Magistrate. Just prior to the commencement of the hearing, the Magistrate, for good reason due to events which had occurred in an unrelated case that preceded the defendant's, specifically inquired of defense counsel whether it was his intention to represent the defendant throughout the entire case. Defense counsel responded that it was intention to do so and added that it was not his practice to withdraw, or words to that effect.**

**2. Defense counsel meant what he said and still stands by that practice. However, in this case defense counsel must move to withdraw his appearance. Certain representations were made to defense counsel by the defendant that were relied upon by defense counsel in making his decision whether or not to enter his appearance. The representations turned out to be inaccurate, perhaps due to miscommunication. Nonetheless, because of the nature of the inaccuracy, defense counsel believes the attorney-client relationship has been damaged irreparably.**

3. Defense counsel has notified the defendant of this motion more than 7 days prior to its filing, in writing, as required by L. R. 83-8(c)(1). *See attached*.

4. For the foregoing reasons, defense counsel respectfully requests that he be allowed to withdraw his appearance in this matter.

Respectfully Submitted,

/s/ Kevin Milner_____

Kevin Milner

## CERTIFICATE OF SERVICE

I, Kevin Milner, hereby certify that I did serve the attached motion upon all parties of record by electronically filing the same with the Clerk of the Court for the Northern District of Indiana, South Bend Division, on the 11th day of June, 2014

/s/ Kevin Milner_____
Kevin Milner
1201 N. Main Street, Suite A
Crown Point, IN 46307
(219)406-0556