5-5-14 Pg. 1

USA
v.
James LaDeaux
3:14 CR 0055

-FILED-
JUN 09 2014
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear Judge DeGuilio
Here is my prayer;

The ardent longing in my life
Is not a prayer for me;
In the deep watches of the night
I pray, not selfishly.
I lift six lives to you, O God,
Stephanie, Abi, Alec, Alexis, Ashton
& Ayden
Six hearts I know you love,
I cannot help them now without
A Bond, below
Please God Bless them from Above

God you see their need as I cannot
You hear their prayers, I know.
You feel their tears upon your cheek
Please hold them/as I am away,
No man can love them as I Do,
No heart could miss them so,
Only you God can lift their heads
And hold them while I am away.

Give them strength when they are weak
And peace in a place of fear,
Give them eyes of faith that watch
As miracles appear

Hold them close in Your Embrace,
The way I know I would.
Hold them tight in Your Embrace,
The way a Father should.
Be their fortress from the storms

pg. 2
cont.

A place where they can hide.
A father strong whom they trust.
In you they can have pride.

Although I cannot touch a face,
Or hold my loved ones near,
Or see them in the morning light,
Or wipe away their tears,
Or talk to them about their day,
Or pray with them at night.
I know that you will be with them,
You will be their guiding light.

I give them to you to watch,
one by one;
My wife and 5 dear stars,
Steph, Abi, Alec, Alexis, Ashton, Ayden.
Please keep them close and love
them strong!
I love them.

Judge, I will not fail you
Please

Respectfully,

Elmer LaDoyne

JAMES LeDonne
401 W. Sample
South Bend, IN
46601

SOUTH BEND IN 465
06 JUN 2014 PM 2 T


FOREVER USA
Bank Swallow

MAILED FROM
ST. JOSEPH COUNTY JAIL

Hon. Jon E. DeGuilio
Mel Federal Bldg.
204 S. Main
South Bend, IN 46601