6-19-14

3:14CR55

LeDonne
Pro Se

Hon Jon E. DeGuilio
Mol Federal Bldg.
204 S. Main
South Bend IN 46601

FILED pm'ed

14 JUN 23 PM 12:56

ROBERT L. RAKOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Dear Judge DeGuilio,

Yesterday in Federal Court before the magistrate Judge I elected to represent myself. So I am writing to you Pro Se.

I currently have 6 pending motions for Bond. As of the initial bond hearing on May 22, 2014 my past attorney was not prepared for the hearing since he was retained that same day.

I also do not have a copy of the appeal for Bond that was filed with the court over a week ago. My understanding is that Mr. Beland has not responded.

My ex-attorney also stated he had received numerous disks of discovery which he never shared with me. I would like to get this from him, will the court please order them returned?

3:14cr55
LaDeene Pro Se

Pg. 2
JED

Your Honor, in my previous writings to you I indicated Mr. Schmid's character examination did not support the magistrate's decision that I was a flight risk. The witnesses only testified as to their feelings toward me.

The witnesses were not from my community (Granger) and were involved decades ago.

My case is extensive and complex. My family is destitute and young. My children are ages 15, 13, 9, 8, 6 — I want to defend my innocence for the sake of my family as well as myself. And I want to do this in a professional manner. Not notes and letters hand written on legal paper. I also need computers to download disks of discovery. And most of all I need to get my family affairs in order. I have been in the county jail for 4 weeks.

I plead with you again to

#2, 3:14 cr 55
LeDoux

pg. 3 JED

Afford me the right to due process, and to grant a bond predicated on the basis of what was filed by Mr. Kilees as well as myself expeditiously.

On May 22nd 2014 the Magistrate Judge elected to set a trial date of July 14 2014. This is not only insane but impossible.

The companies I was involved with help connect 20 million miles of fiber optic cable and produce over 10,000 products. In a period of 14 years.

It will take months to prepare for this trial.

I respectfully request that the pending motion for an OR Bond be granted.

Respectfully,

Tomas LeDoux
Pro Se
401 W. Sample
South Bend IN 46601

FOREVER USA

SOUTH BEND IN 466
20 JUN 2014 PM 2 L

Hon. Jon E. DeGuilio
U.S. Federal Bldg.
204 S. Main
South Bend, IN 46601

Jason L. Downs
401 W. Sample
South Bend, IN 46601

MAILED FROM
ST. JOSEPH COUNTY JAIL

P.O. D℠
To Be Filed
w/clerk LEGAL