UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,
   v.                                 CASE NO.  3:14-cr-55
JAMES P. LEDONNE,
         Defendant.

## DEFENDANT'S MOTION FOR BILL OF PARTICULARS

COMES NOW the defendant, by counsel, pursuant to Federal Rules of Criminal Procedure, Rule 7(f), and moves the Court for an order directing the Government to file a Bill of Particulars, and in support thereof states the following:

1. Counsel for the defendant was appointed on June 26, 2014.

2. The Seventeen Count Indictment for wire fraud, mail fraud, interstate stolen vehicle, and bankruptcy fraud, does not adequately apprise the defendant of the facts and circumstances surrounding the Indictment or what the Government intends to prove at trial.

3. A Bill of Particulars is necessary in order to properly defend against the Indictment.

WHEREFORE, the defendant requests that this Court order the Government to file a Bill of Particulars and for all further relief proper in the premises.

                                              /s/ William J. Cohen
                                              William J. Cohen, #3291-20
                                              Attorney for Defendant
                                              401 West Bristol Street
                                              Elkhart, IN 46514
                                              Telephone: (574) 293-4511
                                              Fax: (574) 522-6281
                                              E-Mail: wcohen@williamjc

## CERTIFICATE OF SERVICE

  I certify that on the 9th day of July, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notice of this filing to all counsel of record.


              /s/ William J. Cohen