UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

    v.                                                CASE NO.   3:14-cr-00055-JD

JAMES P. LEDONNE

### DEFENDANT'S MOTION TO CONTINUE HEARING

COMES NOW William J. Cohen, counsel for the Defendant, James P. LeDonne, and respectfully moves to continue the hearing on counsel's Motion to Withdraw now set for September 17, 2014, at 3:30 p.m., for the reason that counsel for Defendant will still be in trial in Goshen, Indiana, in a case entitled State of Indiana vs. Tyler Beathea, Cause No. 20D03-1212-FB-122, which trial began on September 8, 2014.

WHEREFORE, counsel for Defendant requests a continuance of the hearing set for September 17, 2014, that it be reset at the Court's convenience, and for all further relief proper in the premises.

                                      /s/ William J. Cohen
                                      William J. Cohen, #3291-20
                                      Attorney for Defendant
                                      401 West Bristol Street
                                      Elkhart, IN 46514
                                      Telephone: (574) 293-4511
                                      Fax: (574) 522-6281
                                      E-Mail: wcohen@williamjcohen.com

## CERTIFICATE OF SERVICE

      I certify that on the 16th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notice of this filing to all counsel of record.


                                        /s/ William J. Cohen