UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,
  v.                                        CASE NO. 3:14-cr-55
JAMES P. LEDONNE,
        Defendant.

**DEFENSE COUNSEL'S SECOND MOTION TO WITHDRAW APPEARANCE**

COMES NOW William J. Cohen, counsel for the defendant, and respectfully requests leave of Court to withdraw as counsel for the defendant, and in support thereof states the following:

1. On November 11, 2014, counsel met with the defendant at the St. Joseph County Jail. During that meeting, the defendant said things to counsel indicating that he no longer wanted counsel to represent him.

2. In light of the present circumstances and what the defendant said to counsel, counsel can no longer adequately and effectively represent the defendant.

3. The defendant needs the services of another lawyer to represent him.

WHEREFORE, counsel respectfully requests leave of Court to withdraw as counsel for the defendant, that a hearing be set on counsel's Motion, and for all further relief proper in the premises.

/s/ William J. Cohen
William J. Cohen, #3291-20
Attorney for Defendant
401 West Bristol Street
Elkhart, IN 46514
Telephone: (574) 293-4511
Fax: (574) 522-6281
E-Mail: wcohen@williamjcohen.com

**CERTIFICATE OF SERVICE**

 I certify that on the 11th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notice of this filing to all counsel of record.

/s/ William J. Cohen