FILED
12-24-14                                          pg. 1

15 JAN -5 AM 9:29

Hon. Jon E. DeGuillio
Grant Federal Bldg
204 S. Main
SB, IN 46601

RE: US v LaDonna
    Attorney: David P. Jones

Dear Judge DeGuillio,

Mr Jones has done in 4 days what Cohen and Milner were not ABLE to do in 5 months.

Mr Jones is very responsive, very considerate and very organized. He also has resources and staff that neither Cohen or Milner HAD. HAVE.

Due to Cohen's-Milner's lack of consideration, ineffectiveness and pure negligence; I was not able to cross-examine witnesses, was not able to bring witnesses. Cohen & Milner were never prepared. Neither had any staff or resources.

Please allow Mr. Jones to correct Milner's & Cohen's negligence and ineffectiveness and errors as it relates to the last 5 months.

Pg. 2

In a short period of time Mr. Jones has increased my confidence 10 Fold.

I appreciate your words of wisdom at the Dec. 15th hearing.

Wish You A Blessed Christmas!

Respectfully

*[signature]*

James LeDonne
401 W. Sample
S.B. IN 46601

James LeDenne
401 W. Sample
S.B. IN 46601

Legal Mail:

MAILED FROM
ST. JOSEPH COUNTY JAIL
46601 82122



INDIANAPOLIS IN 460
27 DEC 2014 PM 5 L

Hon. Jon E. DeGuillio
Grant Federal Bldg.
204 S. Main
South Bend IN 46601