# United States District Court
### Northern District of Indiana

UNITED STATES OF AMERICA

        *Plaintiff*

    *v.*

                        CASE NUMBER:*3:14-CR-00055-JD-MGG*

JAMES P. LEDONNE

        *Defendant*.

## MOTION TO INSPECT PRO SE FILINGS IN CUSTODY OF U.S. MARSHALLS IN SOUTH BEND, INDIANA

Comes now Defendant, by Counsel, and moves this Honorable Court to allow Counsel for Defendant to inspect copies of *pro se* filings submitted to the U.S. Marshall in South Bend, Indiana. In support thereof, the Defendant states as follows:

1. The Defendant as filed a Motion to Withdraw Guilty Plea.

2. In its response, the Government indicated an issue as to the timeliness of the Motion.

3. In a previous order, this Honorable Court directed the Defendant to cease filing with the Court given that the Defendant was represented by Counsel but further instructed the U.S. Marshalls to keep a copy of any future submissions by the Defendant.

4. The Defendant alleges that he has submitted *pro se* filings to the U.S. Marshalls under his understanding of the Court's Order.

5. Counsel seeks a copy of any relevant filings received by the U.S. Marshall as Counsel prepares his response to the Government's response.

6. Counsel made an inquiry to the U.S. Marshalls as to the ability of being able to obtain various copies of these filings and was informed that an Order was necessary.

WHEREFORE, Defendant, by Counsel, moves this Honorable Court allow Counsel for Defendant to inspect copies of *pro se* filings submitted to the U.S. Marshall in South Bend, Indiana and for any and all other relief proper in the premises.

/s/ Rodolfo S. Monterrosa, Jr.
Rodolfo S. Monterrosa, Jr.
Attorney for Defendant
418 West Jefferson Blvd.
South Bend, IN 46617
Telephone: 574-236-2953
Facsimile: 574-855-4258

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion was filed by way of electronic submission. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Rodolfo S. Monterrosa, Jr.
Rodolfo S. Monterrosa, Jr., #23073-71
Attorney for Defendant